# In The United States Court of Federal Claims

## Cover Sheet

**Plaintiff(s) or Petitioner(s)**                                               **20-1245 C**

Names: Laura Medrano and Michael McQueary, on Behalf of Themselves and on Behalf of All Others Similarly Situated
Also, see attached list of Opt-In Plaintiffs.
Location of Plaintiff(s)/Petitioner(s) (city/state): Adelanto, California and Victorville, California

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Don J. Foty
Firm Name: Hodges & Foty, LLP

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 4409 Montrose Blvd., Suite 200
City-State-ZIP: Houston, Texas 77006
Telephone Number: 713-523-0001
E-mail Address: dfoty@hftrialfirm.com

Is the attorney of record admitted to the Court of Federal Claims Bar?  (x) Yes  ( ) No

---

Nature of Suit Code: 304
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: 0
Number of Claims Involved: 2

Amount Claimed: $ Unknown
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
    Is plaintiff a small business?                          ( ) Yes  ( ) No
    Was this action proceeded by the filing of a            ( ) Yes  ( ) No      Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered?          ( ) Yes  ( ) No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed  ( ) Yes  (•) No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

Opt-In Plaintiff

1. Demarcus Taylor
2. Deon Scott
3. Marlen Rodriguez
4. Christopher Palomares
5. Jerry Motley Jr.
6. Marquis Mosley
7. Lucas Meyer
8. Jason McDonald
9. Geoffrey McCreary
10. Ryan Howell
11. Eva Garciatadeo
12. Matthew Danzey
13. John Sida
14. Jasara Acosta
15. Jarred Chandler
16. Juan Flores