## CONSENT FORM

1. I consent and agree to pursue my claims for unpaid overtime and/or minimum wages through the lawsuit filed against the Federal Bureau of Prisons.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act and/or state wage and hour laws.  I hereby consent, agree and opt-in to become a plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. I intend to pursue my claim individually, unless and until the court or parties certify this case as a collective or class action.  If someone else serves as the class representative(s), then I designate the class representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, the entering of an agreement with Plaintiff's counsel concerning fees and costs, the entering into a settlement agreement with my employer, and all other matters pertaining to this action.

4. In the event the case is certified and then decertified, I authorize Plaintiff's counsel to use this Consent Form to re-file my claims in a separate or related action against my employer.

Signature: *Christopher L. Palomares*  
Christopher L. Palomares (Aug 10, 2020 18:34 EDT)

Date: Aug 10, 2020

Full Name: Christopher L. Palomares

eSign or return to:  
The Lazzaro Law Firm, LLC  
920 Rockefeller Building / 614 W. Superior Avenue / Cleveland, Ohio 44113  
Phone: 216-696-5000 / Fax: 216-696-7005  
Email: consent@lazzarolawfirm.com / Web: www.lazzarolawfirm.com


EXHIBIT "6"