## CONSENT TO PURSUE WAGE CLAIM AND BE
## REPRESENTED BY HODGES & FOTY, LLP

- I, __Juan Flores__ (print name), consent and agree to pursue my claims for unpaid wages through a lawsuit brought under the Fair Labor Standards Act and any state wage and hour law.

- I intend to pursue my claim individually, unless and until the court certifies this case as a collective or class action. I agree to serve as the class representative if I am selected by counsel.

- I authorize the named Plaintiff and Hodges & Foty, LLP to file and prosecute my claim for unpaid wages on my behalf, and designate the named Plaintiff and Hodges & Foty, LLP to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims, entering into an agreement with the lawyers in this case, and I understand I will be bound be such decisions.

- I agree to be represented by Hodges & Foty LLP.

- If my consent form is stricken or if I am for any reason not allowed to participate in this case, I authorize Plaintiff's counsel to use this Consent Form to re-file my claims in a separate or related action against my employer.

Date __8/24/2020__      Signature __[DocuSigned by: 83A693AB34E4429...]__

EXHIBIT "18"