| FEDERAL PRISON SYSTEM | | | | | | | | | 92392 - 0000-0 | | | | FORM AD-334 USDA (REV. 8/17) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. | | PAY PERIOD DATE MO DA YR MO DA YR | | | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP | |
| ***-**-**** | | 08/16/2020 | 08/29/2020 | | 17 | FP-06-4040-18-06 | 3100 | FP-30-07-4578 | 4578 | GL | 08 | 10 | |
| ARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | | | | | | | | | |
| 4,755.00 | PA | F/T | 11/20/1995 | $14,762.00 | | **STATEMENT OF EARNINGS AND LEAVE** | | | | | | | |

### EARNINGS AND DEDUCTIONS

| CODE | | ITEM DESCRIPTION | | HOURS P/P | YR. TO DATE | | AMOUNT P/P | YR TO DATE |
|---|---|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | | 72.00 | 1,088.00 | | 2,579.04 | 38,935.04 |
| 05 | | SUN DIFF W/NIGHT DIFF | | | 104.00 | | | 1,294.32 |
| 11 | | NIGHT DIFFERENTIAL | | 6.00 | 246.00 | | 21.48 | 877.16 |
| 21 | | OVERTIME - PREMIUM RATE | | 14.00 | 168.00 | | 691.74 | 8,288.16 |
| 21 | 01 | OVERTIME - PREMIUM RATE | | | 134.25 | | | 6,633.29 |
| 25 | | OT OVER 40 W/NIGHT DIFF | | 6.00 | 22.00 | | 296.46 | 1,087.02 |
| 31 | | HOLIDAY WORKED | | | 40.00 | | | 1,404.96 |
| 34 | | FLSA | | 20.00 | 324.25 | | 122.00 | 2,192.63 |
| 52 | | RETENTION ALLOWANCE | | | | | 85.60 | 1,538.40 |
| 61 | | ANNUAL LEAVE | | | 232.00 | | | 8,291.68 |
| 62 | | SICK LEAVE | | 8.00 | 64.00 | | 286.56 | 2,283.20 |
| 66 | | OTHER LEAVE | | | 56.00 | | | 1,978.08 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | | 100.00 | | | 4,082.88 | 74,803.94 |
| 75 | 03 | RETIREMENT | | | | | 37.25 | 669.30 |
| 75 | 15 | TSP-FERS | | | | | 315.22 | 2,832.31 |
| 76 | | SOCIAL SECURITY (OASDI) | | | | | 246.71 | 4,523.22 |
| 77 | | FEDERAL TAX EXEMPTS HH | | | | | | 782.56 |
| 78 | | ST TAX CA  EXEMPTS H20 | | | | | 47.86 | 2,139.74 |
| 81 | | FEGLI- COVERAGE $  $77,000 | | | | | 11.55 | 207.60 |
| 82 | | OPT FEGLI-AGE BRACKET 5 | | | | | 46.95 | 844.00 |
| 83 | | FEHBA - ENROLL CODE 621 | | | | | 103.65 | 1,849.04 |
| 87 | | UNION/ASSOCIATION DUES 52 3969 | | | | | 19.16 | 344.88 |
| 88 | | CHKING/SAVING ******** | | | | | 30.00 | 540.00 |
| 88 | | CHKING/SAVING ******** | | | | | 3.00 | 54.00 |
| 88 | | CHKING/SAVING ******** | | | | | 500.00 | 13,200.00 |
| 88 | | CHKING/SAVING ******** | | | | | 100.00 | 1,800.00 |
| 88 | | CHKING/SAVING ******** | | | | | 250.00 | 3,800.00 |
| 8 | | CHKING/SAVING ******** | | | | | 25.00 | 450.00 |
| 8 | | CHKING/SAVING ******** | | | | | 155.00 | 2,790.00 |
| 88 | | CHKING/SAVING ******** | | | | | 182.00 | 3,194.00 |
| 88 | | CHKING/SAVING ******** | | | | | 160.00 | 2,880.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | | 75.00 | 759.59 |
| 97 | | MEDICARE TAX WITHHELD | | | | | 57.70 | 1,057.85 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | | | 2,366.05 | 44,718.09 |
| ** | ** | ************** NET PAY ************** | | | | | 1,716.83 | 30,085.85 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | | | |

| YEAR TO DATE LEAVE STATUS | | | | | YEAR TO DATE LEAVE STATUS | | | | | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TYPE | | ACCRUED | USED | BALANCE | TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | | |
| CREDIT HOURS-BY PAY PERIOD | | | | | ANN | 136.00 | 216.00 | 90.00 | | | 240 00 |
| RELIGIOUS COMP-BY PAY PERIOD | | | | | SICK | 68 | 56.00 | 44.00 | | | LEAVE CATEG |
| TRAVEL COMP-BY PAY PERIOD | | | | | COMP | | | | | | 8 |
| MILITARY | | | | | | | | | | | REMARKS |
| TIME OFF AWARD | | | | | | | | | | | |
| BPAPRA COMPENSATORY | | | | | | | | | | | |
| BPAPRA OBLIGATED DEBT | | | | | | | | | | | |
| DISABLED VETERAN LEAVE | | | | | | | | | | | |
| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE | | | | | | | |
| REST. ANN. LEAVE HRS. | | | | | | | | | | | |

NAME AND ADDRESS

MICHAEL J MCQUEARY JR

Official Pay Date      09/10/2020

EXHIBIT "1"

**FEDERAL PRISON SYSTEM**     92392 - 0000-0     FORM AD-334 USDA (REV. 8/17)

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| ***-**-**** | 11/12/2017  11/25/2017 | 23 | FP-06-4040-18-11 | 3100 | FP-30-07-4578 | 4578 | GL | 08 | 10 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT |
|---|---|---|---|---|
| 69,381.00 | PA | F/T | 11/20/1995 | $12,169.68 |

## STATEMENT OF EARNINGS AND LEAVE

### EARNINGS AND DEDUCTIONS

| CODE | | DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 64.00 | 1,588.00 | 2,127.36 | 52,665.60 |
| 04 | | SUNDAY DIFFERENTIAL | | 70.00 | | 580.02 |
| 05 | | SUN DIFF W/NIGHT DIFF | | 217.00 | | 2,516.75 |
| 11 | | NIGHT DIFFERENTIAL | 54.00 | 941.00 | 179.28 | 3,116.44 |
| 21 | | OVERTIME - PREMIUM RATE | 8.00 | 88.00 | 366.96 | 4,036.56 |
| 21 | 01 | OVERTIME - PREMIUM RATE | | 161.00 | | 7,366.69 |
| 31 | | HOLIDAY WORKED | 8.00 | 72.00 | 265.92 | 2,380.00 |
| 34 | | FLSA | 8.00 | 249.00 | 50.56 | 1,787.01 |
| 44 | 05 | COMP. DAMAGES (TAXABLE) | | | | 5,265.13 |
| 52 | | RETENTION ALLOWANCE | | | 80.00 | 1,995.20 |
| 61 | | ANNUAL LEAVE | | 249.00 | | 8,276.76 |
| 62 | | SICK LEAVE | 8.00 | 83.00 | 265.92 | 2,758.92 |
| 66 | | OTHER LEAVE | 8.00 | 80.00 | 265.92 | 2,645.92 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 96.00 | | 3,601.92 | 95,391.00 |
| 75 | 03 | RETIREMENT | | | 34.57 | 862.53 |
| 75 | 15 | TSP-FERS | | | 132.96 | 1,088.93 |
| 76 | | SOCIAL SECURITY (OASDI) | | | 218.80 | 5,801.82 |
| 77 | | FEDERAL TAX EXEMPTS S18 | | | 57.64 | 2,739.94 |
| 78 | | ST TAX CA EXEMPTS H18 | | | 59.31 | 2,078.86 |
| 81 | | FEGLI- COVERAGE $ $72,000 | | | 10.80 | 269.40 |
| 82 | | OPT FEGLI-AGE BRACKET 4 | | | 28.15 | 702.35 |
| 83 | | FEHBA - ENROLL CODE 621 | | | 72.84 | 1,813.26 |
| 87 | | UNION/ASSOCIATION DUES 52 3969 | | | 19.16 | 479.00 |
| 88 | | CHKING/SAVING ******** | | | 30.00 | 750.00 |
| 88 | | CHKING/SAVING ******** | | | 3.00 | 75.00 |
| 88 | | CHKING/SAVING ******** | | | 725.00 | 19,100.00 |
| 88 | | CHKING/SAVING ******** | | | 25.00 | 625.00 |
| 8 | | CHKING/SAVING ******** | | | 301.00 | 7,742.00 |
| 8 | | CHKING/SAVING ******** | | | | 1,300.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 25.62 | 25.62 |
| 97 | | MEDICARE TAX WITHHELD | | | 51.17 | 1,356.87 |
| 99 | 15 | SALARY OVERPAYMENT | | | 444.57 | 1,991.14 |
| 99 | 53 | TOP TAX LEVIES | | | | 1,021.40 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 2,239.59 | 49,823.12 |
| ** | ** | *************** NET PAY *************** | | | 1,362.33 | 45,567.88 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 184.00 | 249.00 | 101.50 | | | 240.00 |
| SICK | 92 | 83.00 | 33.00 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

NAME AND ADDRESS

MICHAEL J MCQUEARY JR      Official Pay Date     12/07/2017

EPP Print

| FEDERAL PRISON SYSTEM | | | | | | | | | | | | 92392 - 0000-0 | FORM AD-334 USDA (REV. 8/17) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. | | PAY PERIOD DATE MO DA YR MO DA YR | | | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | | PERSNL OFFICE | PAY PLAN | GR. | STEP |
| ***-**-**** | | 11/25/2018 | | 12/08/2018 | 24 | FP-06-4040-18-11 | 3100 | FP-30-07-4578 | | 4578 | GL | 08 | 10 |
| ARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | | STATEMENT OF EARNINGS AND LEAVE | | | | | | | |
| ..,0,862.00 | PA | F/T | 11/20/1995 | $13,120.83 | | | | | | | | | |

### EARNINGS AND DEDUCTIONS

| CODE | | DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 64.00 | 1,655.50 | 2,172.80 | 56,113.33 |
| 04 | | SUNDAY DIFFERENTIAL | 4.00 | 86.00 | 33.96 | 728.70 |
| 05 | | SUN DIFF W/NIGHT DIFF | 12.00 | 257.50 | 142.56 | 3,053.10 |
| 11 | | NIGHT DIFFERENTIAL | 36.00 | 996.00 | 122.40 | 3,379.68 |
| 21 | | OVERTIME - PREMIUM RATE | 10.00 | 181.00 | 468.30 | 8,476.24 |
| 21 | 01 | OVERTIME - PREMIUM RATE | 16.00 | 513.75 | 749.28 | 24,051.24 |
| 25 | | OT OVER 40 W/NIGHT DIFF | | 6.00 | | 280.98 |
| 31 | | HOLIDAY WORKED | 8.00 | 88.00 | 271.60 | 2,976.24 |
| 34 | | FLSA | 26.00 | 700.75 | 224.12 | 5,069.40 |
| 52 | | RETENTION ALLOWANCE | | | 81.60 | 2,118.40 |
| 61 | | ANNUAL LEAVE | | 187.50 | | 6,365.63 |
| 62 | | SICK LEAVE | 8.00 | 125.00 | 271.60 | 4,232.40 |
| 64 | | COMPENSATORY LEAVE | | 16.00 | | 543.20 |
| 66 | | OTHER LEAVE | 8.00 | 96.00 | 271.60 | 3,247.84 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 114.00 | | 4,809.82 | 120,636.38 |
| 75 | 03 | RETIREMENT | | | 35.31 | 916.58 |
| 75 | 15 | TSP-FERS | | | | 1,759.72 |
| 76 | | SOCIAL SECURITY (OASDI) | | | 293.50 | 7,357.43 |
| 77 | | FEDERAL TAX EXEMPTS S18 | | | | 2,442.18 |
| 78 | | ST TAX CA  EXEMPTS H99 | | | | 2,009.56 |
| 81 | | FEGLI- COVERAGE $  $73,000 | | | 10.95 | 284.40 |
| 82 | | OPT FEGLI-AGE BRACKET 5 | | | 44.75 | 789.05 |
| 83 | | FEHBA - ENROLL CODE  621 | | | 75.94 | 1,968.24 |
| 87 | | UNION/ASSOCIATION DUES 52 3969 | | | 19.16 | 498.16 |
| 88 | | CHKING/SAVING ******** | | | 30.00 | 780.00 |
| 88 | | CHKING/SAVING ******** | | | 3.00 | 78.00 |
| 88 | | CHKING/SAVING ******** | | | 150.00 | 19,465.00 |
| 8. | | CHKING/SAVING ******** | | | 25.00 | 650.00 |
| 8. | | CHKING/SAVING ******** | | | 95.00 | 3,060.00 |
| 88 | | CHKING/SAVING ******** | | | 182.00 | 4,451.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 25.62 | 666.12 |
| 97 | | MEDICARE TAX WITHHELD | | | 68.64 | 1,720.69 |
| 99 | 15 | SALARY OVERPAYMENT | | | | 1,786.90 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 1,058.87 | 50,683.03 |
| ** | ** | *************** NET PAY *************** | | | 3,750.95 | 69,953.35 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | | ANN | 192.00 | 187.50 | 122.00 | | | 240 00 |
| RELIGIOUS COMP-BY PAY PERIOD | | | | SICK | 96 | 109.00 | 8.00 | | | LEAVE CATEG |
| TRAVEL COMP-BY PAY PERIOD | | | | COMP | | | 10.00 | | | 8 |
| MILITARY | | | | | | | | | | REMARKS |
| TIME OFF AWARD | | | | | | | | | | |
| BPAPRA COMPENSATORY | | | | | | | | | | |
| BPAPRA OBLIGATED DEBT | | | | | | | | | | |
| DISABLED VETERAN LEAVE | | | | | | | | | | |
| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE | | | | | | |
| REST. ANN. LEAVE HRS. | | | | | | | | | | |

NAME AND ADDRESS

MICHAEL J MCQUEARY JR

Official Pay Date       12/20/2018