## IN THE UNITED STATES COURT
## OF FEDERAL CLAIMS

| | |
|---|---|
| LAURA MEDRANO., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | No. 20-1245C <br> Judge Schwartz |

### JOINT STATUS REPORT

Pursuant to the Court's February 25, 2022 order (ECF No. 29) the parties respectfully submit this joint status report "addressing (1) whether all or part of the motion to dismiss in this case may be resolved in the same way as comparable parts of the motion in *Alkire*, and (2) any specific legal or factual questions that distinguish this case from *Alkire* and which deserve attention at argument." *Id.* The parties have met and conferred and respectfully advise the Court as follows:

This case presented an additional claim for compensation for pre-shift health screening; however, Plaintiffs have agreed to withdraw that claim in light of the *Alkire* decision. Additionally, although both sides respectfully disagree with certain portions of the analysis of the *Alkire* decision, there are no legal or factual questions regarding the claims in this lawsuit that distinguish this case from *Alkire*..

- 2 -

| | |
|---|---|
| March 8, 2022 | Respectfully submitted, |

|  |  |
|---|---|
| */s/ Don J. Foty* | BRIAN M. BOYNTON |
| Don J. Foty | Principal Deputy Assistant Attorney General |
| Texas Bar No. 24050022 | |
| Hodges & Foty, LLP | PATRICIA M. McCARTHY. |
| 4409 Montrose Blvd., Suite 200 | Director |
| Houston, Texas 77006 | |
| Telephone: (713) 523-0001 | s/ Reginald T. Blades, Jr. |
| Facsimile: (713) 523-1116 | REGINALD T. BLADES, JR. |
| dfoty@hftrialfirm.com | Assistant Director |
| | |
| *Of Counsel:* | s/ David M. Kerr |
| David Hodges | DAVID M. KERR |
| Anthony J. Lazzaro | Trial Attorney |
| Lori M. Griffin | Commercial Litigation Branch |
| Hodges & Foty, LLP | Civil Division |
| | U.S. Department of Justice |
| *Attorneys for Plaintiffs* | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, DC 20044 |
| | Telephone: (202) 307-3390 |
| | Email: David.M.Kerr@usdoj.gov |
| | |
| | *Attorneys for Defendant* |