### IN THE UNITED STATES COURT
### OF FEDERAL CLAIMS

| | |
|---|---|
| LAURA MEDRANO., *et al.*,<br><br>                                  Plaintiffs,<br><br>           v.<br><br>THE UNITED STATES,<br><br>                                  Defendant. | No. 20-1245C<br>Judge Schwartz |

## JOINT STATUS REPORT

Pursuant to the Court's April 28, 2022 order (ECF No. 32) the parties respectfully submit this joint status report. On May 27, 2022, the parties conferred and have reached an agreement on several matters that will enable this case to progress forward. The parties have agreed as follows:

1. The parties will exchange their initial disclosures on June 10, 2022;

2. The parties will submit their Joint Preliminary Status Report pursuant to Appendix A of the Local Rules on June 17, 2022; and

3. The Government will begin preserving video footage from the selected prison facilities as soon as feasible (ECF No. 22).

The parties have also discussed the Plaintiffs' claim under the Federal Employee's Pay Act ("FEPA") and believe that it remains a live claim. Therefore, the Government's Motion to Dismiss Plaintiff's FEPA claim is still pending and the parties respectfully request that the Court resolve that remaining aspect of the Government's Motion to Dismiss at this time.

| | |
|---|---|
| May 31, 2022 | Respectfully submitted, |
| | |
| | BRIAN M. BOYNTON |
| */s/ Don J. Foty* | Principal Deputy Assistant Attorney |
| Don J. Foty | General |
| Texas Bar No. 24050022 | |
| Hodges & Foty, LLP | PATRICIA M. McCARTHY. |
| 4409 Montrose Blvd., Suite 200 | Director |
| Houston, Texas 77006 | |
| Telephone:  (713) 523-0001 | s/ Reginald T. Blades, Jr. |
| Facsimile:  (713) 523-1116 | by Martin F. Hockey, Jr. |
| dfoty@hftrialfirm.com | REGINALD T. BLADES, JR. |
| | Assistant Director |
| *Of Counsel:* | |
| David Hodges | s/ David M. Kerr |
| Anthony J. Lazzaro | DAVID M. KERR |
| Lori M. Griffin | Trial Attorney |
| Hodges & Foty, LLP | Commercial Litigation Branch |
| | Civil Division |
| *Attorneys for Plaintiffs* | U.S. Department of Justice |
| | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, DC 20044 |
| | Telephone:   (202) 307-3390 |
| | Email:  David.M.Kerr@usdoj.gov |
| | |
| | *Attorneys for Defendant* |